# EXHIBIT A



Alexandra Lozano
Immigration Law, PLLC
16400 Southcenter Pkwy
Suite 410
Tukwila, WA 98188
206.406.3068
206.494.7775 (fax)

Award-Winning & Nationally
Recognized Attorney
abogada@abogadaalexandra.com
#NiUnaDeportacionMas
#FamiliasUnidas

www.abogadaalexandra.com

**ALL PROVISIONS LISTED APPLY TO CURRENT EMPLOYEES & EMPLOYEES WHO NO LONGER ARE EMPLOYED BY <u>ALEXANDRA LOZANO IMMIGRATION LAW PLLC</u>**

**NONCOMPETITION PROVISION**

For a period of __12__ [months] after the Employee is no longer employed by the Company, the Employee will not, directly or indirectly, either as proprietor, stockholder, partner, officer, employee or otherwise, distribute, sell, offer to sell, or solicit any orders for the purchase or distribution of any products or services which are similar to those distributed, sold or provided by the Company during the __12__ [months] preceding the Employee's termination of employment with the Company, to or from any person, firm or entity which was a customer of the Company during the __12__ [months] preceding such termination of employment.

**NONSOLICITATION OF EMPLOYEES PROVISION**

For a period of __12__ [months] from the date that Employee is no longer employed by the Company, Employee shall not take any actions to assist Employee's successor employer or any other entity in recruiting any other employee who works for or is affiliated with the Company. This includes but is not limited to: (a) identifying to such successor employer or its agents or such other entity the person or persons who have special knowledge concerning the Company's processes, methods, or confidential affairs; and (b) commenting to the successor employer or its agents or such other entity about the quantity of work, quality of work, special knowledge, or personal characteristics of any person who is still employed at the Company. Employee also agrees that Employee will not provide such information set forth in (a) and (b) above to a prospective employer during interviews preceding possible employment.

**NONSOLICITATION OF CUSTOMERS/CLIENTS PROVISION**

Employee agrees that for __12__ [months] after Employee is no longer employed by the Company, Employee will not directly or indirectly solicit, agree to perform, or perform services of any type that the Company can render ("Services") for any person or entity who paid or engaged the Company for Services, or who received the benefit of the Company's Services, or with whom Employee had any substantial dealing while employed by the Company. However, this restriction with respect to Services applies only to those Services rendered by Employee or an office or unit of the Company in which

Karla Vanessa Velazquez         1

Employee worked or over which Employee had supervisory authority. This restriction also applies to assisting any employer or other third party.

### EMPLOYEE NON-DISCLOSURE AGREEMENT

FOR GOOD CONSIDERATION, and in consideration of being employed by <u>Alexandra Lozano Immigration Law PLLC</u> (Company), the undersigned employee hereby agrees and acknowledges:

1. That during the course of my employ there may be disclosed to me certain trade secrets of the Company; said trade secrets consisting but not necessarily limited to:

    a. Technical information: Methods, processes, formulae, compositions, systems, techniques, inventions, machines, computer programs and research projects.
    b. Business information: Customer lists, pricing data, sources of supply, financial data and marketing, production, or merchandising systems or plans, sales systems, techniques and scripts."

2. I agree that I shall not during, or at any time after the termination of my employment with the Company, use for myself or others, or disclose or divulge to others including future employees, any trade secrets, confidential information, or any other proprietary data of the Company in violation of this agreement.

3. That upon the termination of my employment from the Company:

    a. I shall return to the Company all documents and property of the Company, including but not necessarily limited to: drawings, blueprints, reports, manuals, correspondence, customer lists, computer programs, and all other materials and all copies thereof relating in any way to the Company's business, or in any way obtained by me during the course of employ. I further agree that I shall not retain copies, notes or abstracts of the foregoing.
    b. The Company may notify any future or prospective employer or third party of the existence of this agreement and shall be entitled to full injunctive relief for any breach.
    c. This agreement shall be binding upon me and my personal representatives and successors in interest, and shall inure to the benefit of the Company, its successors, and assigns.

Signed this _____ day of _____, 20____.    11/4/2022

**EMPLOYEE:**                                                   **COMPANY:**

*Karla Vanessa Velazquez*                                       *Monique Szyszka-Ramos*

**Employee Signature**                                          **Company Signature**    HR Director
                                                                Monique Szyszka-Ramos
Karla Velazquez                                                 _____
_____                                          **Print Name and Title**
**Print Name**

***ANY EXCEPTION TO ANY PROVISION MUST BE APPROVED IN WRITING PRIOR BY ALEXANDRA LOZANO /OR MANAGEMENT***

2