

# United States District Court
# Northern District of Illinois

In the Matter of

Ilse Sanchez, et al                          Magistrate Judge Susan E. Cox

            v.                                Case No. 23-CV-1028

Alexandra Lozano Immigration Law PLLC, et al

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Susan E. Cox, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

                                             **Judge Virginia M. Kendall**

Date: Friday, March 3, 2023

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Susan E. Cox

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

                                           **Chief Judge Rebecca R. Pallmeyer**

Dated: Friday, March 3, 2023

# CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Settlement Conference

EXCEPTIONS OR ADDITIONS: