# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ilse Sanchez, et al.
                                              Plaintiff,

v.                                                                                                  Case No.: 1:23−cv−01028

                                                                                                          Honorable Virginia M. Kendall

Alexandra Lozano Immigration Law PLLC, et al.
                                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 5, 2023:

      MINUTE entry before the Honorable Susan E. Cox:Due to the Court's schedule, the settlement conference set for 5/25/2023 is stricken and reset to 6/22/2023 at 2:00 p.m. This date is final and can only be changed by the granting of a motion. Parties are to try to make settlement progress on their own before the conference, including exchanging any informal discovery necessary. In addition to complying with Judge Cox's Standing Order on Settlement Conferences in all other material ways (particularly with respect to itemization and compromise), the parties' letters should reflect the settlement history to date, including all prior demands/offers. The prior due dates for the parties' settlement letters (see dkt. 12) are stricken; the new dates are as follows: Plaintiff's current demand letter is to be provided to opposing counsel and Judge Cox's proposed order inbox by 5/18/2023. Defendant's current offer letter is to be provided to opposing counsel and Judge Cox's proposed order inbox by 6/1/2023. Judge Cox reminds the parties that all persons with authority must be present on the virtual settlement conference for the duration. The parties agree to allow Judge Cox to conduct ex−parte settlement discussions if necessary. Additional information and instructions about the virtual settlement conference will be forthcoming in the days before to the conference.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.