THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILSE SANCHEZ and KARLA VELAZQUEZ individually and on behalf of all other persons similarly situated, | ) ) ) ) | Case No. 1:23-cv-01028 |
| *Plaintiffs*, | ) ) ) | Honorable Virginia M. Kendall |
| vs. | ) ) | Magistrate Judge Susan E. Cox |
| ALEXANDRA LOZANO IMMIGRATION LAW PLLC and ALEXANDRA LOZANO, | ) ) ) | |
| *Defendants*. | ) | |

## MOTION TO COMPEL ARBITRATION

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, Defendants Alexandra Lozano and Alexandra Lozano Immigration Law PLLC (collectively, "Defendants") hereby move this Court for the entry of an Order compelling Plaintiffs Ilse Sanchez and Karla Velazquez to arbitrate their claims against Defendants pursuant to the parties' arbitration agreements and dismiss this action with prejudice, or in the alternative, stay these proceedings in their entirety pending a ruling on this Motion and the completion of arbitration proceedings. In support of this Motion, Defendants submit the accompanying Memorandum of Law and declaration of Christine Andrade with accompanying exhibits.

Dated: May 4, 2023

**ALEXANDRA LOZANO IMMIGRATION LAW PLLC and ALEXANDRA LOZANO**

By: /s/ Jeffrey L. Rudd
One of Defendants' Attorneys

Jeffrey L. Rudd
JACKSON LEWIS P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
E-mail:   jeffrey.rudd@jacksonlewis.com

**CERTIFICATE OF SERVICE**

  I, Jeffrey L. Rudd, an attorney, certify that on May 4, 2023, I caused a true and correct copy of the foregoing *Motion to Compel Arbitration*, to be filed with the Clerk of the Court using the Electronic Filing System, which will send notification of such filing to all counsel of record.

                     */s/ Jeffrey L. Rudd*
                     One of Defendants' Attorneys