**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Ilse Sanchez, et al.

                Plaintiff,

v.

Alexandra Lozano Immigration Law PLLC, et al.

                Defendant.

Case No.: 1:23−cv−01028

Honorable Virginia M. Kendall

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 25, 2023:

      MINUTE entry before the Honorable Susan E. Cox: For the reasons discussed on the record, the Motion to Enforce the Parties' Settlement Term Sheet and Re−Schedule the Parties' Settlement Conference is denied; the Court does not believe it is within the scope of its settlement referral to enforce the terms reached in a separate action. Defendant is no longer interested in a settlement conference pending its motion to compel arbitration. The settlement conference scheduled 6/22/23 is stricken. All matters related to the referral of this action are resolved; case returned to the assigned judge. Referral terminated.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.