**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILSE SANCHEZ and KARLA VELAZQUEZ, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br> v.<br><br>ALEXANDRA LOZANO IMMIGRATION LAW PLLC and ALEXANDRA LOZANO,<br><br>   *Defendants*, | Case No.: 23-cv-1028<br><br>Hon. Judge Virginia Kendall<br><br>Hon. Magistrate Judge Susan Cox |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY was served upon all parties by e-filing this 15th day of June 2023 with the Clerk of the Court using the CM/ECF system.

                /s/ M. Nieves Bolanos
                One of Plaintiff's Attorneys