# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Ilse Sanchez, et al.

                                      Plaintiff,

v.                                                                            Case No.: 1:23−cv−01028

                                                                           Honorable Virginia M. Kendall

Alexandra Lozano Immigration Law PLLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 17, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing set for 7/19/2023 is reset for 9:30 AM (PLEASE NOTE TIME CHANGE ONLY) which will proceed in Courtroom 2503.Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.