EXHIBIT A

UNITED STATES GOVERNMENT
# NATIONAL LABOR RELATIONS BOARD
REGION 13

Dirksen Federal Building
219 South Dearborn Street, Suite 808
Chicago, IL 60604-2027

Agency Website: www.nlrb.gov
Telephone: (312)353-7570
Fax: (312)886-1341

Agent's Direct Dial: (312)353-7169

Email address: cristina.ortega@nlrb.gov

June 29, 2023

**<u>VIA ELECTRONIC MAIL</u>**
Gregory H. Andrews, Esq.
Jackson Lewis, P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601-7619
gregory.andrews@jacksonlewis.com

Re:     Alexandra Lozano Immigration Law, PLLC
        Cases 13-CA-310733 and 13-CA-310508

Dear Mr. Andrews:

Enclosed is a conformed copy of the Settlement Agreement in the above matter that was approved on June 8, 2023. The Settlement Agreement is now in effect and has been assigned to me to secure compliance with its terms. This letter discusses what the Employer needs to do to comply with the Agreement and sets forth deadlines for the return of documentary evidence and certifications demonstrating the Employer's efforts to comply. In corresponding with the Agency during the compliance phase, please be advised that the NLRB requires the mandatory electronic filing of all case documents via the Agency's e-filing portal at www.nlrb.gov.

**<u>Physically Post Notice:</u>** Enclosed are printable copies of the official English and Spanish Notice to Employees and Explanation of Rights Notice. By **July 13, 2023**, the Employer must:

- Print the attached Notices in color on 8 ½ by 14 inch legal-sized paper and ensure that each copy of the Notice retains the heading in blue lettering at the top of the Notice and the footer containing the Employer's signature and the Region's contact information.

- Have a responsible official of the Employer, not the Employer's attorney, sign, and date the Notices.

- Post the signed Notices in conspicuous locations where notices to employees are customarily posted at the Employer's facilities located at *6720 Fort Dent Way, Suite 230, Tukwila, WA 98188; 5800 South Eastern, Suite 270, Commerce, CA 90040; 6621 Ogden Avenue, Berwyn, IL 60402; 8415 Datapoint Drive, Suite 300, San Antonio, TX 78229; and 8876 Gulf Freeway, Suite 420, Houston, TX 77017* for a period of 60 consecutive days.

The Employer must take reasonable steps to ensure that the Notices are not altered, defaced, or covered by other material. During the posting period, a member of the Regional Office staff may visit the Employer's facility to inspect the Notices.

Alexandra Lozano Immigration Law, PLLC          - 2 -                                    June 29, 2023

Case(s) 13-CA-310733and 13-CA-310508

**Electronic Distribution of Notice:** The Settlement Agreement provides that the Employer will e-mail the signed and dated Notice to Employees and Explanation of Rights Notice to all employees, who work at the facilities located at *6720 Fort Dent Way, Suite 230, Tukwila, WA 98188; 5800 South Eastern, Suite 270, Commerce, CA 90040; 6621 Ogden Avenue, Berwyn, IL 60402; 8415 Datapoint Drive, Suite 300, San Antonio, TX 78229; and 8876 Gulf Freeway, Suite 420, Houston, TX 77017*. The message of the e-mail transmitted with the Notice will state: "We are distributing the Attached Notice to Employees to you pursuant to a Settlement Agreement approved by the Regional Director of Region 13 of the National Labor Relations Board in Cases 13-CA-310508 and 13-CA-310733." By **July 13, 2023**, the Employer must:

- E-file a copy of its distribution e-mail, with all of the recipients' e-mail addresses visible, along with a copy of the attached Notice and a fully completed Certification of Posting form, via the Agency's e-filing portal at www.nlrb.gov.

## Remedial Actions

**Read the Notice:** The Settlement Agreement provides that the Employer will hold a meeting or meetings, scheduled to ensure the widest possible attendance for each shift, at which a responsible management official of the Employer will disseminate signed copies of the Notice to Employees and Explanation of Rights to all attendees and read the Notice in English and Spanish, in the presence of a Board agent and representative of the Charging Party. By **July 13, 2023**, the Employer must:

- Provide via email at Cristina.Ortega@nlrb.gov the proposed date(s) and time(s) that the Employer wishes to conduct the meeting(s) at which the Notice to Employees and Explanation of Rights will be read and the proposed method of meeting announcement, which should be the same manner the Employer normally announces meetings to employees.

- After I have approved the proposed date(s) and time(s) and method of announcement, the Employer must announce the meeting to employees.

The reading must occur prior to the completion of the 60-day notice posting period.

**Make-Whole:** The Settlement Agreement provides that the Employer will make whole the discriminatees named below by payment to them in the amounts set forth opposite their names:

| Name | Backpay | Front Pay | Pecuniary Damages | Interest |
|------|---------|-----------|-------------------|----------|
| Ilse Sanchez | $13,310.00 | $85.936.00 | $575.00 | $179.00 |
| Karla Vanessa Velazquez | $7,030.00 | $67.877.00 | $0 | $93.00 |

By **July 13, 2023**, the Employer must:

- Issue the checks to the named individuals in the backpay/frontpay amounts set in the Settlement Agreement, less deductions for Social Security and withholding taxes.

Alexandra Lozano Immigration Law, PLLC      - 3 -      June 29, 2023

Case(s) 13-CA-310733and 13-CA-310508

- o Backpay and frontpay amounts should be treated as wages in the year paid.
    - ▪ See IRS Publication 15-A for more information.
    - ▪ If the Employer does not have a current W-4 form concerning federal income tax withholding, it should consult IRS Publication 15 for guidance on the correct method to calculate tax withholdings.
    - ▪ For federal withholdings, the Employer may withhold at a flat rate of 22%consistent with IRS publication 15.

- A second check should be prepared for the total amount of pecuniary damages and interest owed to the individuals listed above. <u>No withholding or deductions should be taken from these amounts</u>.

- Return via e-mail a copy of the checks, so that I may review and approve issuance of the checks. Please note, the Employer is **NOT** to issue said payments until after I have confirmed that the payments and address are correct.

- After I have reviewed and approved the issuance of the checks, the Employer must deliver the checks to the Region or directly to the individual listed above, via a delivery method with tracking service, such as certified mail, UPS, or FedEx delivery.

Return via e-file proof concerning the method of issuance and tracking information for the checks.

**<u>Complete and Return Report of Backpay Form and IRS Form W-2:</u>** The Settlement Agreement provides that the Employer will submit a Report of Backpay Paid Under the National Labor Relations Act form (Report of Backpay) that contains certain information for each discriminatee listed in the "Backpay" paragraph above. Since the backpay amount award year is the same as the year in which it will be paid, the Report of Backpay form does not need to be completed in this matter.

**<u>Modify Files:</u>** The Settlement Agreement provides that the Employer will modify the personnel records of Ilse Sanchez and Karla Vanessa Velazquez to reflect that they voluntarily resigned from employment with the firm. By **July 13, 2023**, the Employer must:

- Send a letter to the above-listed discriminatee(s) advising that:
    - o Their employment termination has been changed to a voluntary resignation, and
    - o The firm has a policy of providing neutral references limited to dates of employment and position(s) held.
    - o The letter should be written on company letterhead and contains a date, name, and address of discriminatees; and signed by a responsible official of the Employer.

- Submit a copy of the letters via e-file at <u>www.nlrb.gov</u>.

Alexandra Lozano Immigration Law, PLLC         - 4 -                    June 29, 2023

Case(s) 13-CA-310733and 13-CA-310508

**Rule Rescission/Revision:**  The Settlement Agreement provides that the Employer will rescind or make lawful modifications to the rules outlined in the Settlement Agreement and/or Notice to Employees and promptly distribute a lawfully revised Employee Policy Manual which will be consistent with the provisions of the Notice to Employees and supersedes all prior versions of the Employee Policy Manual.  The Settlement Agreement also provides that the Employer will rescind the Zero Gossip Policy and accompanying video.  By **July 13, 2023**, the Employer must:

- Rescind or lawfully revise the rules outlined in the Settlement Agreement and/or Notice to Employees.

- Rescind the Zero Gossip Policy and accompanying video and inform employees in writing that this rule is no longer being maintained.

- Distribute a lawfully revised Employee Policy Manual

- Notify employees, in writing, that the rules have been rescinded or lawfully revised and if the policies are revised, provide employees with copies of the revised versions.

- Submit documentary evidence, showing that the Employer rescinded the policies and informed employees that the policies have been rescinded, via e-file at www.nlrb.gov.

**Letter Rescission:**  The Settlement Agreement provides that the Employer will rescind the overbroad provision of the "Cease and Desist" letters sent to Ilse Sanchez and Karla Vanessa Velazquez.  By **July 13, 2023**, the Employer must:

- Send a letter to the above-listed discriminatee(s) advising that:

  o The letters are void as related to the firm's planned enforcement of the Zero Gossip Policy and the overbroad requirements of the Employment Agreement's non-disparagement and non-disclosure provisions.

  o The letter should be written on company letterhead and contains a date, name, and address of discriminatees; and signed by a responsible official of the Employer.

- Submit a copy of the letters via e-file at www.nlrb.gov.

**Camera Removal:**  The Settlement Agreement provides that the Employer will remove all security cameras and recording devices installed in the employee break room.  By **July 13, 2023**, the Employer must:

- Remove all security cameras and recording devices installed in the employee breakroom.

- Certify compliance on the Certification of Compliance form and return via e-file along with any documentary evidence at www.nlrb.gov.

**Recordings:**  The Settlement Agreement provides that the Employer will allow employees to independently record, or they choose, to cease recording interactions with clients. By **July 13, 2023**, the Employer must:

- Certify compliance on the Certification of Compliance form and return via e-file along with any documentary evidence at www.nlrb.gov.

Alexandra Lozano Immigration Law, PLLC     - 5 -     June 29, 2023

Case(s) 13-CA-310733and 13-CA-310508

**Certifications of Compliance**:  Certification of Posting and Compliance forms are enclosed.  The Employer must complete and return the following forms by the deadlines listed below:

- By **July 13, 2023**, return via e-file the completed Certification of Posting form, along with a color copy of the signed Notice and, if applicable, documentary evidence to support the Employer's compliance with distributing the signed Notice to employees through other methods.

- By **July 13, 2023**, return via e-file the completed Certification of Compliance form, along with any documentary evidence to support the Employer's compliance with the affirmative actions the Employer must take to comply.

- For cases involving Notice readings, by 7 days after the Employer has completed the Notice reading, return via e-file the completed Supplemental Certification of Compliance form.

- For cases involving a make whole remedy, by 14 days after the Region has notified the Employer that it has determined the backpay amounts owed, return via e-file the completed Supplemental Certification of Compliance form.

**Electronic Filing of Documents**:  The NLRB requires mandatory electronic filing of all case documents. See GC 20-01 for more information. Written instructions for using the Agency's e-filing system and the Agency's Electronic Filing Terms and Conditions have been posted on the Agency's website. The Agency's website also contains a video demonstration which provides step-by-step instructions for e-filing.

## Case Closing

When all the affirmative terms of the Settlement Agreement have been fully complied with and there are no reported violations of its negative provisions, you will be notified that these cases have been closed on compliance.  Timely submission of the Certifications of Posting and Compliance, along with the documents requested within, will assist the Regional Office in recommending the closing of these cases in a timely manner.

Your cooperation in this matter will be appreciated.

Very truly yours,

*/s/ Cristina M. Ortega*

Cristina M. Ortega
Compliance Officer

Alexandra Lozano Immigration Law, PLLC     - 6 -     June 29, 2023

Case(s) 13-CA-310733and 13-CA-310508

Enclosures:    Copy of Conformed Settlement Agreement
                English & Spanish Notices to Employees
                English & Spanish Explanation of Rights
                Certification of Posting Form
                Certification of Compliance Form
                Supplemental Certification of Compliance Form

cc:      David J. Fish, Attorney
        Fish Potter Bolaños, P.C.
        200 East 5th Avenue, Suite 115
        Naperville, IL 60563
        dfish@fishlawfirm.com

Rev: 3/16

## CERTIFICATION OF POSTING

**RE:    Alexandra Lozano Immigration Law, PLLC**
**Case(s) 13-CA-310733 and 13-CA-310508**

**Due Date: July 13, 2023**

**As required by the Settlement Agreement in this matter, this document is a sworn certification of the steps that the Employer has taken to comply. (If additional space is needed to provide a full response, attach a sheet(s) with the necessary information.)**

**Physical Posting**

The signed and dated English and Spanish Notice to Employees and the English & Spanish

Explanation of Rights in the above matter was posted at the following locations as specified

below: (List specific places of posting)

| **Facility** | **Date of Posting** | **Locations Where Notice is Posted** |
|---|---|---|
| 6720 Fort Dent Way<br>Suite 230<br>Tukwila, WA 98188 | | |
| 5800 South Eastern<br>Suite 270<br>Commerce, CA 90040 | | |
| 6621 Ogden Avenue<br>Berwyn, IL 60402 | | |
| 8415 Datapoint Drive<br>Suite 300<br>San Antonio, TX 78229 | | |
| 8876 Gulf Freeway<br>Suite 420<br>Houston, TX 77017 | | |

*A legible copy of the signed Notice, displaying full text of the Notice, including the date, signature, and title of the responsible official of the Employer was e-filed together with this Certification.*

Alexandra Lozano Immigration Law, PLLC      - 2 -          June 29, 2023
Case(s) 13-CA-310733

### **Electronic Distribution of Notice**

The signed and dated English and Spanish Notice to Employees and the English & Spanish Explanation of Rights in the above-captioned matter was emailed on

(date)_____ to all employees, who work at the facilities located at 6720 Fort Dent Way, Suite 230, Tukwila, WA 98188; 5800 South Eastern, Suite 270, Commerce, CA 90040; 6621 Ogden Avenue, Berwyn, IL 60402; 8415 Datapoint Drive, Suite 300, San Antonio, TX 78229; and 8876 Gulf Freeway, Suite 420, Houston, TX 77017. *A copy of this distribution e-mail, with all of the recipients' e-mail addresses visible, along with a copy of the attached Notice, was e-filed via the Agency's e-filing portal at www.nlrb.gov together with this Certification.*

I have completed this Certification of Posting and state under penalty of perjury that it is true and correct.

### **CHARGED PARTY**

By: _____

Title: _____

Date: _____

This form should be returned to the Regional Office together with **ONE** original Notice, dated and signed in the same manner as those posted. The Certification of Posting form and color-scanned signed Notice should be returned via e-file. Please do not e-mail or physically send hard copies of the Certification of Posting form or Notice at this time. If you need assistance in e-filing case documents, please contact the Compliance Officer or Assistant assigned to this case.

Rev: 3/16

## CERTIFICATION OF COMPLIANCE

**Due Date: July 13, 2023**

RE:    **Alexandra Lozano Immigration Law, PLLC**
       **Case(s) 13-CA-310733 and 13-CA-310508**

**As required by the Settlement Agreement in this matter, this document is a sworn certification of the steps that the Employer has taken to comply.**

**Read Notice Aloud to Employees**

As set forth below, the Employer scheduled the Notice reading to be read aloud to its employees.

| | |
|---|---|
| **Number of Meetings (to ensure the widest possible attendance)** | |
| **Date(s) and Time(s) of Notice Reading** | |
| **Location of Notice Reading** | |
| **Method of Announcement** | |
| **Name and Title of Employer Official** | |
| **Additional Notes** | |

Alexandra Lozano Immigration Law, PLLC      - 2 -                                    June 29, 2023
Case(s) 13-CA-310733

### Make Whole Remedy

On (date)_____, the Employer made whole the discriminatees as described in the Settlement Agreement for the loss of wages and benefits. ***A copy of the check(s) has been e-filed***.

### Modified Records

On (date)_____, the Employer modified its records to reflect that any reference to the terminations of the employees named in the Settlement Agreement and/or Notice to Employees shows that they voluntarily resigned from employment and notified the employees in writing of this change. ***A copy of the modification letters has been e-filed.***

### Rescission of Letters

On (date)_____, the Employer rescind the overbroad provisions of the "Cease and Desist" letters and notified the employees in writing that the letters are void as related to the firm's planned enforcement of the Zero Gossip Policy and the overbroad requirements of the Employment Agreement's non-disparagement and non-disclosure provisions. ***A copy of the letters has been e-filed.***

### Removal of Camera

On (date) _____, the Employer removed all security cameras and recording devices installed in the employee break rooms.

### Rule/Policy Rescission

On (date)_____, the Employer rescinded the Zero Gossip Policy and accompanying video.

On (date)_____, the Employer notified their employees in writing that the Zero Gossip Policy and accompanying video is no longer being maintained or enforced. ***Documentation that these steps have been completed has been e-filed***.

On (date) _____, the Employer *rescinded* or *lawfully modified* (circle one) the unlawfully broad provisions outlined in the Settlement Agreement and/or Notice to Employees.

Alexandra Lozano Immigration Law, PLLC     - 3 -                    June 29, 2023
Case(s) 13-CA-310733

On (date)_____, the Employer notified their employees in writing that the unlawfully broad provisions outlined in the Settlement Agreement and/or Notice to Employees are no longer being maintained. ***Documentation that these steps have been completed has been e-filed***.

On (date)_____, the Employer distributed an updated Employee Policy Manual that is lawfully revised and supersedes all prior versions of the Employee Policy Manual. ***Documentation that these steps have been completed has been e-filed***.

### **Recording**

I, _____

             Representative                          Title

Certify that the Charged Party allow employees to independently record, or, if they choose, to cease recording, interactions with clients. ***Documentation that these steps have been completed has been e-filed***.

I have completed this Certification of Compliance and state under penalty of perjury that it is true and correct.

#### **CHARGED PARTY**

By: _____

Title: _____

Date: _____

This form should be returned to the Regional Office via e-file. Please do not e-mail or physically send hard copies of the Certification of Compliance form at this time. If you need assistance in e-filing case documents, please contact the Compliance Officer or Assistant assigned to this case.

## <u>SUPPLEMENTAL CERTIFICATION OF COMPLIANCE</u>

Due within 7 days after any Notice reading.

**RE:    Alexandra Lozano Immigration Law, PLLC
        Case(s) 13-CA-310733 and 13-CA-310508**


**As required by the Settlement Agreement in this matter, this document is a sworn
certification of the steps that the Employer has taken to comply**.

### <u>Read Notice Aloud to Employees</u>

The Notice to Employees in the above captioned matter was read on (date/s)

_____

_____

_____

by (Responsible official's name and title) _____ to all

current employees in the following languages:

_____


I have completed this Supplemental Certification of Compliance and state under penalty of
perjury that it is true and correct.

### <u>CHARGED PARTY</u>

By:      _____

Title:   _____

Date:    _____


This form should be returned to the Regional Office via e-file. Please do not e-mail or physically
send hard copies of the Supplemental Certification of Compliance form at this time. If you need
assistance in e-filing case documents, please contact the Compliance Officer or Assistant
assigned to this case.

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
**SETTLEMENT AGREEMENT**

**IN THE MATTER OF**
    **Alexandra Lozano Immigration Law, PLLC**          **Case 13-CA-310508**
                                                      **13-CA-310733**

Subject to the approval of the Regional Director for the National Labor Relations Board, the Charged Party and the Charging Party **HEREBY AGREE TO SETTLE THE ABOVE MATTER AS FOLLOWS**:

**POSTING OF NOTICE AND EXPLANATION OF RIGHTS** — After the Regional Director has approved this Agreement, the Regional Office will send copies of the approved Notice and Explanation of Rights to the Charged Party in English, Spanish, and in additional languages if the Regional Director decides that it is appropriate to do so. A responsible official of the Charged Party will then sign and date those Notices and immediately post the Notices and the Explanation of Rights in prominent places where the Charged Party normally posts notices to its employees at the below listed locations. The Charged Party will keep all Notices and Explanation of Rights posted for 60 consecutive days after the initial posting.

## POSTING LOCATIONS

| | |
|---|---|
| 1) 6720 Fort Dent Way, Suite 230 | 2) 5800 South Eastern, Suite 270 |
|    Tukwila, WA 98188 |    Commerce, CA 90040 |
| 3) 6621 Ogden Ave. | 4) 8415 Datapoint Dr., Suite 300 |
|    Berwyn, IL 60402 |    San Antonio, TX 78229 |
| 5) 8876 Gulf Fwy, Suite 420 | |
|    Houston, TX 77017 | |

**READING OF NOTICE**—The Charged Party will hold a meeting or meetings, scheduled to ensure the widest possible attendance at each posting location, at which a responsible management official of the Charged Party will disseminate signed copies of the Notice and Explanation of Rights to all attendees and read, either in person or via virtual (video) appearance, the Notice in English, Spanish and in additional languages if the Regional Director decides that it is appropriate to do so, in the presence of a Board agent and representative of the Charging Party. The reading will take place at a time when the Charged Party would customarily hold meetings and must be completed between the beginning of the posting period and prior to the completion of the 60-day Notice posting period. The date and time(s) of the reading must be approved by the Regional Director. The announcement of the meeting will be in the same manner the Charged Party normally announces meetings and must be approved by the Regional Director. The Notice will be read in the following languages: English and Spanish.

**E-MAILING NOTICE -** The Charged Party will email a copy of the signed Notice in English, Spanish, and in additional languages if the Regional Director decides that it is appropriate to do so, to all employees who work at the facilities listed above under Posting Locations. The message of the e-mail transmitted with the Notice

Initials:      AM

will state: "We are distributing the Attached Notice to Employees to you pursuant to a Settlement Agreement approved by the Regional Director of Region 13 of the National Labor Relations Board in Cases 13-CA-310508 and 13-CA-310733."  The Charged Party will forward a copy of that e-mail, with all of the recipients' e-mail addresses, to the Region's Compliance Officer at Cristina.Ortega@nlrb.gov.

**COMPLIANCE WITH NOTICE —** The Charged Party will comply with all the terms and provisions of said Notice**.**

**BACKPAY —** Within 14 days from approval of this agreement, the Charged Party will make whole the employee(s) named below by payment to each of them of the amount opposite each name.  The Charged Party will make appropriate withholdings for each named employee.  No withholdings should be made from the interest portion of the backpay. The Charged Party, for each employee named below, will provide the Regional Director with a Backpay report allocating the payment(s) to the appropriate calendar year and a copy of the IRS form W-2 for wages earned in the current calendar year no sooner than December 31st of the current year and no later than January 30th of the following year. If the Regional Office is unable to locate any individual entitled to make-whole relief within one year of receipt of payment, the Regional Director will have sole discretion to redistribute the amounts owed to those individuals, provided no individual receives more than 100% of the backpay or other remedial monies they are owed. The Charged Party agrees to prepare, process, and, if applicable, mail any redistribution payments, at its own cost, pursuant to the direction of the Regional Director.

| Name of employee | Backpay | Front Pay | Interest | Pecuniary Damages |
|---|---|---|---|---|
| Ilse  Sanchez | $13,310 | $85,936 | $179 | $575 |
| Karla Vanessa Velazquez | $7,030 | $67,877 | $93 | $0 |

**SCOPE OF THE AGREEMENT —** This Agreement settles only the allegations in the above-captioned case(s), including all allegations covered by the attached Notice to Employees made part of this agreement, and does not settle any other case(s) or matters.  It does not prevent persons from filing charges, the General Counsel from prosecuting complaints, or the Board and the courts from finding violations with respect to matters that happened before this Agreement was approved regardless of whether General Counsel knew of those matters or could have easily found them out.  The General Counsel reserves the right to use the evidence obtained in the investigation and prosecution of the above-captioned case(s) for any relevant purpose in the litigation of this or any other case(s), and a judge, the Board and the courts may make findings of fact and/or conclusions of law with respect to said evidence.

**PARTIES TO THE AGREEMENT —** If one or both of the Charging Parties fail(s) or refuse(s) to become a party to this Agreement and the Regional Director determines that it will promote the policies of the National Labor Relations Act, the Regional Director may approve this Settlement Agreement and decline to issue or reissue a Complaint in this matter. If that occurs, this Agreement shall be between the Charged Party and the undersigned Regional Director. In that case, a Charging Party who fails or refuses to become a party to this Agreement may request review of the decision to approve the Agreement. If the General Counsel does not sustain the Regional Director's approval, this Agreement shall be null and void.

**AUTHORIZATION TO PROVIDE COMPLIANCE INFORMATION AND NOTICES DIRECTLY TO CHARGED PARTY —** Counsel for the Charged Party authorizes the Regional Office to forward the cover letter describing the general expectations and instructions to achieve compliance, a conformed settlement, original notices and a certification of posting directly to the Charged Party. If such authorization is granted, Counsel will be simultaneously served with a courtesy copy of these documents.

Initials:    AM

Yes _____       No ____X_____
        Initials                  Initials

**PERFORMANCE** — Performance by the Charged Party with the terms and provisions of this Agreement shall commence immediately after the Agreement is approved by the Regional Director, or if the one or both of the Charging Parties do(es) not enter into this Agreement, performance shall commence immediately upon receipt by the Charged Party of notice that no review has been requested or that the General Counsel has sustained the Regional Director. The Charged Party agrees that in case of non-compliance with any of the terms of this Settlement Agreement by the Charged Party, and after 14 days' notice from the Regional Director of the National Labor Relations Board of such non-compliance without remedy by the Charged Party, the Regional Director will issue a Complaint that includes the allegations covered by the Notice to Employees, as identified above in the Scope of Agreement section, as well as filing and service of the charge(s), commerce facts necessary to establish Board jurisdiction, labor organization status, appropriate bargaining unit (if applicable), and any other allegations the General Counsel would ordinarily plead to establish the unfair labor practices. Thereafter, the General Counsel may file a Motion for Default Judgment with the Board on the allegations of the Complaint. The Charged Party understands and agrees that all of the allegations of the Complaint will be deemed admitted and that it will have waived its right to file an Answer to such Complaint. The only issue that the Charged Party may raise before the Board will be whether it defaulted on the terms of this Settlement Agreement. The General Counsel may seek, and the Board may impose, a full remedy for each unfair labor practice identified in the Notice to Employees. The Board may then, without necessity of trial or any other proceeding, find all allegations of the complaint to be true and make findings of fact and conclusions of law consistent with those allegations adverse to the Charged Party on all issues raised by the pleadings. The Charged Party agrees that the Board may then issue an order providing, as elected by the Regional Director, a full remedy for the violations found as is appropriate to remedy such violations, and/or an order requiring the Charged Party to perform terms of this settlement agreement as specified by the Regional Director. The parties further agree that a U.S. Court of Appeals Judgment may be entered enforcing the Board order ex parte, after service or attempted service upon Charged Party/Respondent at the last address provided to the General Counsel.

**NOTIFICATION OF COMPLIANCE** — Each party to this Agreement will notify the Regional Director in writing what steps the Charged Party has taken to comply with the Agreement. This notification shall be given within 5 days, and again after 60 days, from the date of the approval of this Agreement. If one or both of the Charging Parties do(es) not enter into this Agreement, initial notice shall be given within 5 days after the Charged Party's receipt of notification from the Regional Director that the Charging Parties did not request review or that the General Counsel sustained the Regional Director's approval of this agreement. No further action shall be taken in the above captioned case(s) provided that the Charged Party complies with the terms and conditions of this Settlement Agreement and Notice.

Initials: _____AM_____

| **Charged Party**<br>**Alexandra Lozano Immigration Law, PLLC** | | **Charging Party**<br>**Karla Vanessa Velazquez** | |
|---|---|---|---|
| By:          Name and Title | Date | By:          Name and Title | Date |
| */s/ Alejandro Mata* | *5/24/2023* | */s/ Karla Vanessa Velazquez* | *6/6/2023* |
| Print Name and Title below<br>Alejandro Mata, Chief HR Officer | | Print Name and Title below<br>Karla Vanessa Velazquez | |

| | | **Charging Party** | |
|---|---|---|---|
| | | _*/s/ Ilse Sanchez*_ | *6/6/2023* |
| | | **Ilse Sanchez** | |
| | | By:          Name and Title          Date | |
| | | Ilse Sanchez | |
| | | Print Name and Title below | |

| Recommended By: | Date | Approved By: | Date |
|---|---|---|---|
| */s/ Sylvia L. Posey* | *6/8/2023* | */s/ Angie Cowan Hamada* | *6/8/2023* |
| Sylvia L. Posey<br>Field Attorney | | Angie Cowan Hamada<br>Regional Director, Region 13 | |

Initials: _____AM_____

# NOTICE TO EMPLOYEES

## POSTED PURSUANT TO A SETTLEMENT AGREEMENT APPROVED BY A REGIONAL DIRECTOR OF THE NATIONAL LABOR RELATIONS BOARD

### AN AGENCY OF THE UNITED STATES GOVERNMENT

## Alexandra Lozano Immigration Law, PLLC

## Cases 13-CA-310508 & 13-CA-310733

**THE NATIONAL LABOR RELATIONS ACT GIVES YOU THE RIGHT TO:**

- Form, join, or assist a union;
- Choose a representative to bargain with us on your behalf;
- Act together with other employees for your benefit and protection;
- Choose not to engage in any of these protected activities.

**WE WILL NOT** interfere with, restrain, or coerce you in the exercise of the above rights.

**WE WILL NOT** threaten you with discharge because you discussed your wages, hours, and working conditions with other employees.

**YOU HAVE THE RIGHT** to freely bring issues and complaints regarding your wages, hours, and working conditions to other employees, and you have the right to post on your social media, including Tik Tok, any concerns regarding your working conditions and **WE WILL NOT** do anything to interfere with your exercise of those rights.

**WE WILL NOT** make it appear that we are watching and listening to your conversations with other employees about your wages, hours, and working conditions.

**WE WILL NOT** fire employees because they exercise their rights to bring issues and complaints about their wages, hours, and working conditions to other employees.

**WE WILL NOT** maintain or enforce a Zero Gossip Policy.

**WE WILL NOT** tell you that all employee concerns must be taken to management.

**WE WILL NOT** tell you how you should share your workplace concerns with other employees.

**WE WILL NOT** restrict use of the firm's email system for business use only.

**WE WILL NOT** maintain or enforce in our Employee Policy Manual, or anywhere else, rules which stop you from using recording devices in any of our facilities other than for authorized business purposes.

**WE WILL NOT** fire employees for violating the unlawfully broad provisions in our Employee Policy Manual and Employment Agreement.

**WE WILL NOT** issue letters to employees which seek to enforce the unlawful policies in our Employee Policy Manual and Employment Agreement.

**The National Labor Relations Board is an independent Federal agency created in 1935 to enforce the National Labor Relations Act. We conduct secret-ballot elections to determine whether employees want union representation and we investigate and remedy unfair labor practices by employers and unions. To find out more about your rights under the Act and how to file a charge or election petition, you may speak confidentially to any agent with the Board's Regional Office set forth below or you may call the Board's toll-free number 1-844-762-NLRB (1-844-762-6572). Hearing impaired callers who wish to speak to an Agency representative Should contact the Federal Relay Service (link is external) by visiting its website at https://www.federalrelay.us/tty (link is external), calling one of its toll-free numbers and asking its Communications Assistant to call our toll-free number at 1-844-762-NLRB.**

**219 South Dearborn Street, Suite 808**      **Telephone: (312) 353-7570**
**Chicago, Illinois 60604**      **Hours of Operation: 8:30 a.m. to 5:00 p.m.**

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE**

**This notice must remain posted for 60 consecutive days from the date of posting and must not be altered, defaced, or covered by any other material. Any questions concerning this notice or compliance with its provisions may be directed to the Regional Office's Compliance Officer, Cristina Ortega at (312)353-7169.**



# NOTICE TO EMPLOYEES

## POSTED PURSUANT TO A SETTLEMENT AGREEMENT APPROVED BY A REGIONAL DIRECTOR OF THE NATIONAL LABOR RELATIONS BOARD

### AN AGENCY OF THE UNITED STATES GOVERNMENT

**WE WILL NOT** maintain any agreements that restrict employees' rights to file charges with the National Labor Relations Board, and **WE WILL NOT** require employees to sign such agreements.

**WE WILL NOT** maintain an Arbitration Agreement that our employees reasonably would believe bars or restricts their right to engage in protected-concerted activity or file charges with the National Labor Relations Board.

**WE WILL NOT** interfere with employees' protected activities by installing security cameras or recording devices in employee break areas in order to make it appear that we are watching for your discussions of wages, hours, and working conditions.

**WE WILL NOT** maintain or enforce the following unlawfully broad provisions in our Employee Policy Manual, or anywhere else:

      Section 3bii.:  Professional Conduct
      Section 3c.:  Company Property

**WE WILL NOT** maintain or enforce the following unlawfully broad provisions in our Employment Agreement, or anywhere else:

      Section 3: No Conflicting Interest

      Section 7: Non-Solicitation

      Section 8:  Non-Disclosure

      Section 9: Best Efforts

      Section 10: Non-Disparagement

      Section 11: Reasonable Restrictions

      Section 12: Remedies

**WE WILL** promptly distribute an updated Employee Policy Manual to you that has been lawfully revised so that it is consistent with the provisions of this Notice and supersedes all prior versions of the Employee Policy Manual.

**WE WILL** rescind, or make lawful modifications to the rules quoted above, and advise employees in writing that the rules are no longer being maintained.

**WE WILL** rescind the Zero Gossip Policy and accompanying video and advise employees in writing that the rule is no longer being maintained or enforced.

**WE WILL** remove the security cameras and recording devises installed in the employee break rooms.

The National Labor Relations Board is an independent Federal agency created in 1935 to enforce the National Labor Relations Act. We conduct secret-ballot elections to determine whether employees want union representation and we investigate and remedy unfair labor practices by employers and unions. To find out more about your rights under the Act and how to file a charge or election petition, you may speak confidentially to any agent with the Board's Regional Office set forth below or you may call the Board's toll-free number 1-844-762-NLRB (1-844-762-6572). Hearing impaired callers who wish to speak to an Agency representative Should contact the Federal Relay Service (link is external) by visiting its website at https://www.federalrelay.us/ttv (link is external), calling one of its toll-free numbers and asking its Communications Assistant to call our toll-free number at 1-844-762-NLRB.

      **219 South Dearborn Street, Suite 808**      **Telephone: (312) 353-7570**
      **Chicago, Illinois 60604**             **Hours of Operation: 8:30 a.m. to 5:00 p.m.**

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE**

This notice must remain posted for 60 consecutive days from the date of posting and must not be altered, defaced, or covered by any other material. Any questions concerning this notice or compliance with its provisions may be directed to the Regional Office's Compliance Officer, Cristina Ortega at (312)353-7169.



# NOTICE TO EMPLOYEES

## POSTED PURSUANT TO A SETTLEMENT AGREEMENT APPROVED BY A REGIONAL DIRECTOR OF THE NATIONAL LABOR RELATIONS BOARD

### AN AGENCY OF THE UNITED STATES GOVERNMENT

**WE WILL** allow employees to independently record, or, if they choose, to cease recording, interactions with clients.

**WE WILL** rescind the overbroad provisions of the "Cease and Desist" letters to Ilse Sanchez and Karla Vanessa Velazquez and notify them in writing that the letters are void as related to the firm's planned enforcement of the Zero Gossip Policy and the overbroad requirements of the Employment Agreement's non-disparagement and non-disclosure provisions.

Ilse Sanchez and Karla Vanessa Velazquez waive any right to reinstatement that they may have, and **WE WILL** make them whole in accordance with the terms of the settlement agreement.

**WE WILL** modify the personnel records of Ilse Sanchez and Karla Vanessa Velazquez to reflect they voluntarily resigned from employment with the firm, and **WE WILL** notify them in writing that their termination from employment has been changed to a voluntary resignation and that the firm has a policy of providing neutral references limited to dates of employment and position(s) held.

**Alexandra Lozano Immigration Law, PLLC**
_____
(Employer)

**Date:** _____ **By:** _____
(Representative)          (Title)

The National Labor Relations Board is an independent Federal agency created in 1935 to enforce the National Labor Relations Act. We conduct secret-ballot elections to determine whether employees want union representation and we investigate and remedy unfair labor practices by employers and unions. To find out more about your rights under the Act and how to file a charge or election petition, you may speak confidentially to any agent with the Board's Regional Office set forth below or you may call the Board's toll-free number 1-844-762-NLRB (1-844-762-6572). Hearing impaired callers who wish to speak to an Agency representative Should contact the Federal Relay Service (link is external) by visiting its website at https://www.federalrelay.us/tty (link is external), calling one of its toll-free numbers and asking its Communications Assistant to call our toll-free number at 1-844-762-NLRB.

219 South Dearborn Street, Suite 808          Telephone: (312) 353-7570
Chicago, Illinois 60604                       Hours of Operation: 8:30 a.m. to 5:00 p.m.

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE**

This notice must remain posted for 60 consecutive days from the date of posting and must not be altered, defaced, or covered by any other material. Any questions concerning this notice or compliance with its provisions may be directed to the Regional Office's Compliance Officer, Cristina Ortega at (312)353-7169.




# AVISO A LOS EMPLEADOS

## FIJADO CONFORME A UN ARREGLO APROBADO POR UN DIRECTOR REGIONAL DE LA JUNTA NACIONAL DE RELACIONES DEL TRABAJO

### UNA AGENCIA DEL GOBIERNO DE LOS ESTADOS UNIDOS

## Alexandra Lozano Immigration Law, PLLC
## Casos 13-CA-310508 & 13-CA-310733

**LA LEY NACIONAL DE RELACIONES DEL TRABAJO LE DA EL DERECHO A:**

- Formar, afiliarse a, o ayudar a una Unión;
- Escoger a representantes para negociar con nosotros de parte de ustedes;
- Actuar junto con otros empleados para su beneficio y protección;
- Optar por no participar en ninguna de estas actividades protegidas.

**NOSOTROS NO** interferimos con, restringiremos, o coaccionaremos a usted en su ejercicio de los derecho antes mencionados.

**NOSOTROS NO** le amenazaremos con el despido por haber discutido sus salarios, horas y condiciones de trabajo con otros empleados.

**USTED TIENE EL DERECHO** de traer sus problemas y quejas libremente sobre sus salarios, horas y condiciones de trabajo a otros empleados, y usted tiene el derecho a publicar en sus redes sociales, incluyendo a Tik Tok, cualquier preocupación sobre sus condiciones de trabajo y **NOSOTROS NO** haremos nada para interferir con su ejercicio de esos derechos.

**NOSOTROS NO** haremos parecer como que estamos vigilando y escuchando sus conversaciones con otros empleados sobre sus salarios, horas y condiciones de trabajo.

**NOSOTROS NO** despediremos a empleados porque ejerzan su derecho a plantear problemas y quejas sobre sus salarios, horas y condiciones de trabajo a otros empleados.

**NOSOTROS NO** mantendremos o haremos cumplir la Política de Cero Chismes.

**NOSOTROS NO** diremos que todas las preocupaciones de los empleados deben llevarse a los gerenciales.

**NOSOTROS NO** le diremos cómo usted debe de compartir sus preocupaciones del lugar de trabajo con otros empleados.

**NOSOTROS NO** restringiremos el uso del sistema de correo electrónico de la empresa únicamente para uso profesional.

**NOSOTROS NO** mantendremos o haremos cumplir en nuestro Manual de Política de Personal, o en cualquier otro lugar, reglas que le impidan a utilizar dispositivos de grabación en cualquiera de nuestras instalaciones que no sean para fines comerciales autorizados.

La Junta Nacional de Relaciones del Trabajo es una agencia Federal independiente creada en 1935 para hacer cumplir la Ley Nacional de Relaciones del Trabajo. Llevamos a cabo elecciones de voto secreto para determinar si los empleados quieren tener representación sindical, e investigamos y remediamos las prácticas ilícitas de trabajo de parte de los empleadores y uniones. Para obtener más información sobre sus derechos en virtud de la Ley y cómo presentar un cargo una petición electoral, puede hablar confidencialmente con cualquier agente de la Oficina Regional de la Junta que se indica a continuación o puede llamar al número gratuito de Junta 1-844-762-NLRB (1-844-762-6572). Las personas con discapacidad auditiva que deseen hablar con un representante de la Agencia deben ponerse en contacto con el Servicio Federal de Retransmisión (el enlace es externo) visitando su sitio web en https://www.federalrelay.us/ttv (el enlace es externo), llamando a uno de sus números gratuitos y pidiendo a su asistente de comunicaciones que llame a nuestro número gratuito 1-844-762-NLRB.

219 South Dearborn Street, Suite 808     Teléfono: (312) 353-7570
Chicago, Illinois 60604     Horario de Atención al Público: 8:30 a.m. a 5:00 p.m.

### ESTE ES UN AVISO OFICIAL Y NO DEBE SER DESFIGURADO POR NADIE

Este aviso debe permanecer publicado durante 60 días consecutivos a partir de la fecha de su publicación y no debe ser alterado, desfigurado o cubierto por ningún otro material. Cualquier pregunta relacionada con este aviso o con el cumplimiento de sus disposiciones puede dirigirse a la Oficina de Cumplimiento de la Oficina Regional, Cristina Ortega, llamando al (312)353-7169.



# AVISO A LOS EMPLEADOS

### PUBLICADO CONFORME A UN ARREGLO APROVADO POR UN DIRECTOR REGIONAL DE LA JUNTA NACIONAL DE RELACIONES DEL TRABAJO

#### UNA AGENCIA DEL GOBIERNO DE LOS ESTADOS UNIDOS

**NOSOTROS NO** despediremos a empleados por infringir las disposiciones ilegalmente amplias de nuestro Manual de Política de Personal y el Acuerdo de Empleo.

**NOSOTROS NO** emitiremos cartas a los empleados que pretendan hacer cumplir las políticas ilegales en nuestro Manual de Política del Empleado y el Acuerdo de Empleo.

**NOSOTROS NO** mantendremos ningún acuerdo que restrinja los derechos de los empleados a presentar cargos ante la Junta Nacional de Relaciones del Trabajo, y **NOSOTROS NO** exigiremos a los empleados que firmen tales acuerdos.

**NOSOTROS NO** mantendremos un Acuerdo de Arbitraje que nuestros empleados puedan razonablemente creer que les impide o restringe su derecho a participar en actividades concertadas protegidas o a presentar cargos con la Junta Nacional de Relaciones del Trabajo.

**NOSOTROS NO** interferiremos con las actividades protegidas de los empleados instalando cámaras de seguridad o dispositivos de grabación en las áreas de descanso de empleados para que parezca que estamos vigilando sus discusiones sobre salarios, horas y condiciones de trabajo.

**NOSOTROS NO** mantendremos o haremos cumplir las siguientes disposiciones ilegalmente amplias en nuestro Manual de Política del Empleado, ni en ningún otro lugar:

    Sección 3bii.:  Conducta Profesional
    Sección 3c.:  Propiedad de la Empresa

**NOSOTROS NO** mantendremos o haremos cumplir las siguientes disposiciones ilegalmente amplias en nuestro Acuerdo de Empleo, ni en ningún otro lugar:

    Sección 3: Ausencia de Conflicto de Interés

    Sección 7: No-Solicitación

    Sección 8:  No-Divulgación

    Sección 9:  Mejores Esfuerzos

    Sección 10: No-Menosprecio

    Sección 11: Restricciones Razonables

    Sección 12: Remedios

La Junta Nacional de Relaciones del Trabajo es una agencia Federal independiente creada en 1935 para hacer cumplir la Ley Nacional de Relaciones del Trabajo. Llevamos a cabo elecciones de voto secreto para determinar si los empleados quieren tener representación sindical, e investigamos y remediamos las prácticas ilícitas de trabajo de parte de los empleadores y uniones. Para obtener más información sobre sus derechos en virtud de la Ley y cómo presentar un cargo una petición electoral, puede hablar confidencialmente con cualquier agente de la Oficina Regional de la Junta que se indica a continuación o puede llamar al número gratuito de Junta 1-844-762-NLRB (1-844-762-6572). Las personas con discapacidad auditiva que deseen hablar con un representante de la Agencia deben ponerse en contacto con el Servicio Federal de Retransmisión (el enlace es externo) visitando su sitio web en https://www.federalrelay.us/ttv (el enlace es externo), llamando a uno de sus números gratuitos y pidiendo a su asistente de comunicaciones que llame a nuestro número gratuito 1-844-762-NLRB.

219 South Dearborn Street, Suite 808    Teléfono: (312) 353-7570
Chicago, Illinois 60604    Horario de Atención al Público: 8:30 a.m. a 5:00 p.m.

**ESTE ES UN AVISO OFICIAL Y NO DEBE SER DESFIGURADO POR NADIE**
Este aviso debe permanecer publicado durante 60 días consecutivos a partir de la fecha de su publicación y no debe ser alterado, desfigurado o cubierto por ningún otro material. Cualquier pregunta relacionada con este aviso o con el cumplimiento de sus disposiciones puede dirigirse a la Oficina de Cumplimiento de la Oficina Regional, Cristina Ortega, llamando al (312)353-7169.



# AVISO A LOS EMPLEADOS

## PUBLICADO CONFORME A UN ARREGLO APROBADO POR UN DIRECTOR REGIONAL DE LA JUNTA NACIONAL DE RELACIONES DEL TRABAJO

### UNA AGENCIA DEL GOBIERNO DE LOS ESTADOS UNIDOS

**NOSOTROS** le distribuiremos sin demora un Manual de Política del Empleado actualizado que haya sido revisado legalmente para que sea consistente con las disposiciones de este Aviso y sustituye a todas las versiones anteriores del Manual de Política del Empleado.

**NOSOTROS** anularemos o modificaremos legalmente las reglas citadas anteriormente y avisaremos a los empleados por escrito de que ya no se mantienen dichas reglas.

**NOSOTROS** anularemos la Política de Cero Chismes y el video que le acompaña y avisaremos a los empleados por escrito de que esa regla ya no se mantiene ni se aplica.

**NOSOTROS** eliminaremos las cameras de seguridad y los dispositivos de grabación instaladas en las salas de descanso de empleados.

**NOSOTROS** permitiremos a los empleados grabar de forma independiente o, si lo deciden, dejar de grabar las interacciones con los clientes.

**NOSOTROS** anularemos las disposiciones excesivamente amplias de las cartas de "Cesar y Desistir" a Ilse Sanchez y Karla Vanessa Velazquez y les notificaremos por escrito que las cartas son nulas en lo que respecta a la aplicación prevista de la Política de Cero Chisme por parte de la empresa y los requisitos excesivamente amplios de las disposiciones de no-menosprecio y de no-divulgación del Acuerdo de Empleo.

Ilse Sanchez y Karla Vanessa Velazquez renuncian a cualquier derecho de reincorporación que pudieran tener, y **NOSOTROS** les indemnizaremos de conformidad con los términos del arreglo acordado.

**NOSOTROS** modificaremos los expedientes de personal de Ilse Sanchez y Karla Vanessa Velazquez para que reflejen que renunciaron voluntariamente a su empleo en la empresa, y **NOSOTROS** les notificaremos por escrito que su despido ha sido cambiado a renuncia voluntaria y que la empresa tiene la política de proporcionar referencias neutrales limitadas a las fechas de empleo y posición o posiciones que ocuparon.

**Alexandra Lozano Immigration Law, PLLC**
_____
(Empleador)

**Fecha:** _____ **Por:** _____
(Representante)          (Titulo)

La Junta Nacional de Relaciones del Trabajo es una agencia Federal independiente creada en 1935 para hacer cumplir la Ley Nacional de Relaciones del Trabajo. Llevamos a cabo elecciones de voto secreto para determinar si los empleados quieren tener representación sindical, e investigamos y remediamos las prácticas ilícitas de trabajo de parte de los empleadores y uniones. Para obtener más información sobre sus derechos en virtud de la Ley y cómo presentar un cargo una petición electoral, puede hablar confidencialmente con cualquier agente de la Oficina Regional de la Junta que se indica a continuación o puede llamar al número gratuito de Junta 1-844-762-NLRB (1-844-762-6572). Las personas con discapacidad auditiva que deseen hablar con un representante de la Agencia deben ponerse en contacto con el Servicio Federal de Retransmisión (el enlace es externo) visitando su sitio web en https://www.federalrelay.us/ttv (el enlace es externo), llamando a uno de sus números gratuitos y pidiendo a su asistente de comunicaciones que llame a nuestro número gratuito 1-844-762-NLRB.

219 South Dearborn Street, Suite 808          Teléfono: (312) 353-7570
Chicago, Illinois 60604                        Horario de Atención al Público: 8:30 a.m. a 5:00 p.m.

**ESTE ES UN AVISO OFICIAL Y NO DEBE SER DESFIGURADO POR NADIE**

Este aviso debe permanecer publicado durante 60 días consecutivos a partir de la fecha de su publicación y no debe ser alterado, desfigurado o cubierto por ningún otro material. Cualquier pregunta relacionada con este aviso o con el cumplimiento de sus disposiciones puede dirigirse a la Oficina de Cumplimiento de la Oficina Regional, Cristina Ortega, llamando al (312)353-7169.



FORM NLRB-4722

# NOTICE TO EMPLOYEES

## POSTED PURSUANT TO A SETTLEMENT AGREEMENT APPROVED BY A REGIONAL DIRECTOR OF THE NATIONAL LABOR RELATIONS BOARD

### AN AGENCY OF THE UNITED STATES GOVERNMENT

## Explanation of Rights

Employees covered by the National Labor Relations Act have the right to join together to improve their wages and working conditions, including by organizing a union and bargaining collectively with their employer, and also the right to choose not to do so. This Explanation of Rights contains important information about your rights under this Federal law.

Alexandra Lozano Immigration Law, PLL is required under a settlement agreement approved by a Regional Director of the National Labor Relations Board to provide you with this Explanation of Rights to describe your rights and to provide examples of illegal behavior.

**Under the National Labor Relations Act, you have the right to:**

- Contact a union and, if they become your representative, have them negotiate with your employer concerning your wages, hours, and working conditions.

- Support your union in negotiations.

- Discuss your wages, benefits, other terms and conditions of employment, and negotiations between the union and your employer with your coworkers or your union.

- Take action with one or more coworkers to improve your working conditions.

- Strike and picket, depending on the purpose or means used.

- Choose not to do any of these activities.

**It is illegal for your employer to:**

- Make unilateral changes in your terms and conditions of employment by implementing a collective-bargaining proposal without first bargaining with the Union to an overall good-faith impasse for a successor collective-bargaining agreement.

**There are rules that govern your employer's conduct during collective bargaining with your union:**

- Your employer must meet with your union at reasonable times to bargain in good faith about wages, hours, vacation time, insurance, safety practices, and other mandatory subjects.

- Your employer must participate actively in the negotiations with a sincere intent to reach an agreement.

- Your employer must not change existing working terms and conditions while bargaining is ongoing.

- Your employer must honor any collective-bargaining agreement that it reaches with your union.

- Your employer cannot retaliate against you if you participate or assist your union in collective bargaining.

**Illegal conduct will not be permitted.** The National Labor Relations Board enforces the Act by prosecuting violations. If you believe your rights or the rights of others have been violated, you should contact the NLRB promptly to protect your rights, generally within 6 months of the unlawful activity. You may ask about a possible violation without your employer or anyone else being informed that you have done so. The NLRB will conduct an investigation of possible violations if a charge is filed. Charges may be filed by any person and need not be filed by the employee directly affected by the violation

You can contact the NLRB at its toll-free number: 1-844-762-NLRB (1-844-762-6572).

You can obtain the address, telephone number, and hours of operation of the nearest Regional Office of the NLRB at https://www.nlrb.gov/about-nlrb/who-we-are/regional-offices.

For more information about your rights and about the National Labor Relations Board and the Act, visit the Agency's Website: http://www.nlrb.gov.

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE**

This notice must remain posted for 60 consecutive days from the date of posting and must not be altered, defaced, or covered by any other material. Any questions concerning this notice or compliance with its provisions may be directed to the Regional Office's Compliance Officer, Cristina Ortega at (312)353-7169.

Formulario NLRB-4722SP
(10-17)

# AVISO A LOS EMPLEADOS

## FIJADO CONFORME A UN ARREGLO APROBADO POR UNA DIRECTORA REGIONAL DE LA JUNTA NACIONAL DE RELACIONES DEL TRABAJO
### UNA AGENCIA DEL GOBIERNO DE LOS ESTADOS UNIDOS

## Explicación de Derechos

Los empleados cubiertos por la Ley Nacional de Relaciones del Trabajo (NLRB por sus siglas en inglés) tienen derecho a unirse para mejorar sus salarios y condiciones de trabajo, incluso el organizar una unión y negociar colectivamente con su empleador, y también el derecho a decidir no hacerlo. Esta Explicación de Derechos contiene información importante sobre sus derechos bajo esta ley Federal.

Alexandra Lozano Immigration Law, PLL está obligada bajo un acuerdo de conciliación aprobado por una Directora Regional de la Junta Nacional de Relaciones del Trabajo a proporcionarle esta Explicación de Derechos para describir sus derechos y proporcionar ejemplos de comportamiento ilegal.

**En virtud de la Ley Nacional de Relaciones Laborales, usted tiene derecho a:**

- Póngase en contacto con un sindicato y, si se convierte en su representante, pídales que negocien con su empleador sobre sus salarios, horas y condiciones de trabajo.

- Ayude a su sindicato en las negociaciones.

- Discuta sus salarios, beneficios, otros términos y condiciones de empleo y las negociaciones entre el sindicato y su empleador con sus compañeros de trabajo o su sindicato.

- Tomar medidas con uno o varios compañeros para mejorar sus condiciones de trabajo.

- Participar en una huelga o piquete, según los fines o medios de la huelga o del piquete.

- Decidir no realizar ninguna de estas actividades.

**Es ilegal que su empleador:**

- Hacer cambios unilaterales en sus términos y condiciones de empleo mediante la implementación de una propuesta de negociación colectiva sin negociar primero con el Sindicato a un punto muerto general de buena fe para un acuerdo de negociación colectiva sucesor.

**Existen reglas que rigen la conducta de su empleador durante la negociación colectiva con su sindicato:**

- Su empleador debe reunirse con su sindicato en horarios razonables para negociar de buena fe sobre salarios, horas, tiempo de vacaciones, seguros, prácticas de seguridad y otros temas obligatorios.

- Su empleador debe participar activamente en las negociaciones con la intención sincera de llegar a un acuerdo.

- Su empleador no debe cambiar los términos y condiciones de trabajo existentes mientras la negociación está en curso.

- Su empleador debe cumplir con cualquier acuerdo de negociación colectiva que alcance con su sindicato.

- Su empleador no puede tomar represalias contra usted si usted participa o ayuda a su sindicato en la negociación colectiva.

**La conducta ilegal no será permitida.** La Junta Nacional de Relaciones del Trabajo hace cumplir la Ley procesando las infracciones. Si usted cree que sus derechos o los derechos de otros han sido violados, debe ponerse en contacto con la NLRB sin demora para proteger sus derechos, generalmente dentro de los 6 meses siguientes a la actividad ilegal. Puede preguntar sobre una posible violación sin que su empleador o cualquier otra persona sea informada de que lo ha hecho. La NLRB llevará a cabo una investigación de posibles violaciones si se presenta un cargo. Los cargos pueden ser presentados por cualquier persona y no necesitan ser presentados por el empleado directamente afectado por la violación.

Puede ponerse en contacto con la NLRB en su número gratuito: 1-844-762-NLRB (1-844-762-6572).
Puede obtener la dirección, el número de teléfono y el horario de atención de la Oficina Regional de la NLRB más cercana en **https://www.nlrb.gov/about-nlrb/who-we-are/regional-offices**.
Para más información sobre sus derechos y sobre la Junta Nacional de Relaciones del Trabajo y la Ley, visite el sitio web de la Agencia: **http://www.nlrb.gov.**

**ESTE ES UN AVISO OFICIAL Y NO DEBE SER DESFIGURADO POR NADIE**

Este aviso debe permanecer publicado durante 60 días consecutivos a partir de la fecha de su publicación y no debe ser alterado, desfigurado o cubierto por ningún otro material. Cualquier pregunta relacionada con este aviso o con el cumplimiento de sus disposiciones puede dirigirse a la Officer de Cumplimiento de la Oficina Regional, Cristina Ortega, llamando al (312)353-7169.