IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILSE SANCHEZ and KARLA VELAZQUEZ individually on behalf of all other persons similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEXANDRA LOZANO IMMIGRATION LAW PLLC and ALEXANDRA LOZANO<br><br>*Defendants*. | Case No.: 23-cv-1028<br><br>Hon. Judge Virginia Kendall<br><br>Hon. Magistrate Judge Susan Cox |

## MOTION TO WITHDRAW

Attorney Maria de las Nieves Bolaños respectfully moves to withdraw as counsel because she is no longer employed at the firm representing the Plaintiffs, Fish Potter Bolaños, P.C., recently re-named Workplace Law Partners, P.C.

David Fish of Workplace Law Partners, P.C. will remain counsel for the Plaintiffs in this matter.

WHEREFORE, for the above and foregoing reasons, Maria de las Nieves Bolaños respectfully requests this Honorable Court grant her leave to withdraw as counsel for the Plaintiffs.

Respectfully Submitted,

/s/ M. Nieves Bolaños

M. Nieves Bolaños
Hawks Quindel
111 E. Wacker Drive, Suite 2300
Chicago, IL 60601
mnbolanos@hq-law.com

*Attorney for Plaintiffs*

.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing MOTION TO WITHDRAW was served upon all parties by e-filing this 26th day of July2024 with the Clerk of the Court using the CM/ECF system.

/s/ M. Nieves Bolaños
One of Plaintiff's Attorneys