# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
## Eastern Division

Ilse Sanchez, et al.

                                  Plaintiff,

v.                                                 Case No.: 1:23−cv−01028

                                                     Honorable Virginia M. Kendall

Alexandra Lozano Immigration Law PLLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 13, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 8/13/2024. Parties' Joint Motion for Court approval of Settlement and Dismissal of Complaint [27] is granted. Order to follow. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.