IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ILSE SANCHEZ and KARLA VELAZQUEZ, individually and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDRA LOZANO IMMIGRATION PLLC and ALEXANDRA LOZANO, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:23-cv-01028 |

## ORDER APPROVING SETTLEMENT AND DISMISSING COMPLAINT

The above-entitled matter came before the Court on a Joint Motion for Court Approval of Settlement and Dismissal of Complaint ("Joint Motion"). The parties, Defendants Alexandra Lozano Immigration PLLC ("ALIL") and Alexandra Lozano (collectively, "Defendants") and Plaintiff Ilse Sanchez ("Plaintiff") (Plaintiff, with Defendants, the "Parties"), by and through their respective attorneys, jointly moved the Court to approve the settlement entered into by the Parties. After reviewing the Joint Motion, the Court orders as follows:

1. The settlement agreement is approved as a fair and reasonable resolution of bona disputes under the FLSA.

2. The case is dismissed, initially without prejudice and converting to one with prejudice within thirty (30) days, with each party to bear its or their own costs and attorneys' fees except as provided for in the settlement agreements.

It is so ORDERED this 13th day of August, 2024.

Hon. Virginia M. Kendall
Chief Judge, United States District Court